

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No. | 1:25-CR- 267 (MAD) |
| | ) | | |
| v. | ) | **Indictment** | |
| | ) | | |
| **HENRY GARICA,** | ) | Violation: | 18 U.S.C. § 1038 |
| | ) | | [False Information and |
| | ) | | Hoaxes] |
| | ) | | |
| | ) | 1 Count | |
| | ) | | |
| **Defendant.** | ) | County of Offense: | Albany |

### THE GRAND JURY CHARGES:

### COUNT 1
### [False Information and Hoaxes]

On or about February 22, 2024, in Albany County in the Northern District of New York, and elsewhere, the defendant, **HENRY GARCIA**, engaged in conduct with intent to convey false and misleading information under circumstances where such information may reasonably have been believed and where such information indicated that an activity had taken, was taking, and would take place that would constitute a violation of chapters 10 and 113B of Title 18 of the United States Code, specifically, sections 175 and 2332a, in that the defendant caused to be delivered by mail to a location in Albany, New York, an envelope containing a white powder and a threatening communication, in violation of Title 18, United States Code, Section 1038(a)(1).

Dated: June 24, 2025

A TRUE BILL, *name redacted

_____
Grand Jury Foreperson

JOHN A. SARCONE III
United States Attorney

By: _____
Alexander Wentworth-Ping
Assistant United States Attorney
Bar Roll No. 701897